# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JINNI TECH, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RED.COM, INC, et al., <br><br> Defendants. | CASE NO. C17-0217JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiffs Jinni Tech, Ltd. and Bruce Royce's (collectively, "Plaintiffs") motion for reconsideration under Federal Rule of Civil Procedure 60(b). (Mot. (Dkt. # 36).) The court directs Defendants Red.com, Inc. and Red.com, LLC to jointly respond to Plaintiffs' motion no later than Monday, December 11, 2017. The motion shall remain noted for December 15, 2017.

//

1    Filed and entered this 30th day of November, 2017.

2                              WILLIAM M. MCCOOL
                               Clerk of Court
3
4                              s/ Ashleigh Drecktrah
                               Deputy Clerk

MINUTE ORDER - 2