THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JINNI TECH, LTD.; and BRUCE ROYCE,

    Plaintiffs,

v.

RED.COM, INC. and RED.COM, LLC,

    Defendants.

Case No. 2:17-CV-00217-JLR

[~~PROPOSED~~] ORDER GRANTING COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW

THIS MATTER having come before the Court on Counsel for Plaintiffs' Motion to Withdraw ("Motion") from representation of Bruce Royce and Jinni Tech, Ltd. in the above-captioned action, and the Court having considered the files and records herein, including the Motion and the Declaration of John Whitaker, and being otherwise fully advised in the premises, now, therefore,

The Motion is hereby GRANTED, and it is ORDERED that:

1. Counsel for Plaintiffs are hereby withdrawn from representation of Bruce Royce and Jinni Tech, Ltd. in this matter.

2. _____

3. _____

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING COUNSEL FOR PLAINTIFFS'
MOTION TO WITHDRAW - 1
2:17-cv-00217-JLR
130881.0001/7349058.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Dated: 10 July 2018

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented By:

LANE POWELL PC

By *s/John E. Whitaker*
    Gregory F. Wesner, WSBA No. 30241
    John E. Whitaker, WSBA No. 28868
    Jeffrey W. Reis, WSBA No. 18587
    Tiffany Scott Connors, WSBA No. 41740
    LANE POWELL PC
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206-223-7000
    Facsimile: 206-223-7107
    Email: wesnerg@lanepowell.com;
    whitakerj@lanepowell.com;
    reisj@lanepowell.com;
    connorst@lanepowell.com

Attorneys for Plaintiffs Jinni Tech, Ltd. and Bruce Royce


Copy Received; Approved as to Form; Notice of Presentation Waived:

PREG O'DONNELL & GILLETT PLLC

By _____
    Eric P. Gillett, WSBA No. 23,691
    David E. Chawes, WSBA No. 36,322
    PREG O'DONNELL & GILLETT PLLC
    901 Fifth Avenue, Suite 3400
    Seattle, WA 98164
    Phone: 206-287-1775
    egillett@pregodonnell.com
    dchawes@pregodonnell.com

Attorneys for Defendants Red.com, Inc. and Red.com, LLC

[PROPOSED] ORDER GRANTING COUNSEL FOR PLAINTIFFS'
MOTION TO WITHDRAW - 2
2:17-cv-00217-JLR
130881.0001/7349058.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107