Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JINNI TECH, LTD.; BRUCE ROYCE,

                              Plaintiff(s),

        v.

RED.COM, INC.; RED.COM, LLC; and
LANDMINE MEDIA, INC.,

                              Defendant(s).

NO. 2:17-CV-00217-JLR

ORDER GRANTING DEFENDANTS
RED.COM, INC.'S AND RED.COM, LLC'S
MOTION FOR LEAVE TO FILE AN
OVERLENGTH MOTION

NOTE ON MOTION CALENDAR:
NOVEMBER 6, 2019

        THIS MATTER having come before the Court on Defendants' Motion for Leave to File an

Overlength Brief, and the Court having reviewed the court file and the Court being otherwise fully

advised in the premises, now, therefore, it is hereby:

        ORDERED that Defendants' Motion is GRANTED. Defendants may file a motion for

//

//

//

//

//

ORDER GRANTING DEFENDANTS RED.COM, INC.'S
AND RED.COM, LLC'S MOTION FOR LEAVE TO FILE
AN OVERLENGTH MOTION - 1
10715-0002 17-217 Jinni Tech v. Red.com - Order
granting motion for leave to file overlength brief
Case No. 2:17-CV-00217-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

summary judgment not exceeding 28 pages in length. Plaintiffs may file a response not exceeding 28 pages in length. Defendants may file a reply, if any, not exceeding 14 pages in length.

DATED this 12th day of November, 2019.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS RED.COM, INC.'S
AND RED.COM, LLC'S MOTION FOR LEAVE TO FILE
AN OVERLENGTH MOTION - 2
10715-0002  17-217 Jinni Tech v. Red.com - Order
granting motion for leave to file overlength brief
 Case No.  2:17-CV-00217-JLR

**PREG O'DONNELL & GILLETT** PLLC

901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Presented by:

PREG O'DONNELL & GILLETT, PLLC


By /s/ Daniel W. Rankin
   Daniel W. Rankin, WSBA #49673
Attorneys for Defendants Red.com, Inc.
and Red.com, LLC

ORDER GRANTING DEFENDANTS RED.COM, INC.'S
AND RED.COM, LLC'S MOTION FOR LEAVE TO FILE
AN OVERLENGTH MOTION - 3
10715-0002  17-217 Jinni Tech v. Red.com - Order
granting motion for leave to file overlength brief
 Case No.  2:17-CV-00217-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**DECLARATION OF SERVICE**

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Defendants Red.com, Inc. and Red.com, LLC**:
Chandler G. Weeks, Esq.
Gregory Nelson, Esq.
Weeks Nelson
*cgw@weeksnelson.com*
*nelson@weeksnelson.com*

**Counsel for Plaintiffs Jinni Tech Ltd. and Bruce Royce**:
Glyn E. Lewis, Esq. WSBA #45744
Law Office of Glyn E. Lewis
*glyn@glynelewis.com*

DATED at Seattle, Washington, this 6th day of November, 2019.

 /s/ Daniel W Rankin
Daniel W. Rankin, WSBA #49673

ORDER GRANTING DEFENDANTS RED.COM, INC.'S
AND RED.COM, LLC'S MOTION FOR LEAVE TO FILE
AN OVERLENGTH MOTION - 4
10715-0002  17-217 Jinni Tech v. Red.com - Order
granting motion for leave to file overlength brief
 Case No.  2:17-CV-00217-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113