1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JINNI TECH, LTD., et al., | CASE NO. C17-0217JLR |
| Plaintiffs, | ORDER |
| v. | |
| RED.COM, INC., et al., | |
| Defendants. | |

Before the court is attorney Glyn E. Lewis's motion to withdraw as counsel for Plaintiffs Jinni Tech, Ltd. and Bruce Royce (collectively, "Plaintiffs"). (Mot. (Dkt. # 130).) Mr. Lewis certifies that he has served his motion on Plaintiffs and Defendants and has advised Jinni Tech, Ltd., that it is required by law to be represented by an attorney admitted to practice before this court and that it must obtain counsel in order to proceed with its appeal. (*Id.* at 1-3.) No party has opposed Mr. Lewis's motion. (*See generally* Dkt.)

ORDER - 1

Because Mr. Lewis has met the requirements for withdrawal set forth in this cout's local rules, *see* Local Rules W.D. Wash. LCR 83.2(b), the court GRANTS Mr. Lewis's motion to withdraw. (Dkt. # 130). Mr. Lewis shall deliver a copy of this order to Plaintiffs. The Clerk is directed to update Plaintiffs' addresses on the docket as set forth in Mr. Lewis's motion to withdraw. (*See id.* at 3.)

Dated this 7th day of January, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2